# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TELLEZ, STEVE W.<br>TELLEZ, TRACEY R.<br><br>Debtor(s) | § Case No. 10-13791<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/23/2011        By: /s/ Michael G. Berland
                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TELLEZ, STEVE W. § Case No. 10-13791
TELLEZ, TRACEY R. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $  16,002.45

*and approved disbursements of*              $   3,485.32

*leaving a balance on hand of* [1]           $  12,517.13

**Balance on hand:**                         $  12,517.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $      0.00
Remaining balance:                        $ 12,517.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,110.23 | 0.00 | 2,110.23 |

Total to be paid for chapter 7 administration expenses:   $  2,110.23
Remaining balance:                                         $ 10,406.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $      0.00
Remaining balance:                                             $ 10,406.90

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 10,406.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,028.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Ally Financial | 7,355.45 | 0.00 | 1,912.27 |
| 3 | National Capital Management, LLC. | 429.36 | 0.00 | 111.62 |
| 4 | Chase Bank USA, N.A. c/o Resurgent Capital Services | 5,704.12 | 0.00 | 1,482.96 |
| 5 | TARGET NATIONAL BANK c/o Weinstein & Riley | 1,242.75 | 0.00 | 323.09 |
| 7 -2 | Chase Bank USA, N.A. | 9,042.80 | 0.00 | 2,350.95 |
| 8 | Chase Bank USA, N.A. | 2,340.51 | 0.00 | 608.49 |
| 9 | Chase Bank USA, N.A. | 10,178.48 | 0.00 | 2,646.20 |
| 10 | Fia Card Services, /Bank of America American Infosurce Agent | 3,735.36 | 0.00 | 971.12 |

| | Total to be paid for timely general unsecured claims: | $ | 10,406.70 |
|---|---|---|---|
| | Remaining balance: | $ | 0.20 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.20

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.20

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-13791-BWB
Steve W. Tellez                                                     Chapter 7
Tracey R. Tellez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 3                   Date Rcvd: Nov 28, 2011
                               Form ID: pdf006            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
```
db/jdb       #+Steve W. Tellez,    Tracey R. Tellez,    1605 Cascade Ridge Drive,    Plainfield, IL 60586-2671
15360189     +++Ally Financial,    Pob 130424,    Roseville, MN 55113-0004
15336532      +Anew Dental,    13242 S. Route 59, Suite 106,    Plainfield, IL 60585-5428
15336533       Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
15830648       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15562655       Chase Bank USA, N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15336535       Chase Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15336536       Chase Credit Card,    P.O. Box 15153,    Wilmington, DE 19886-5153
15336537       Chase Equity LOC,    P.O. Box 9001020,    Louisville, KY 40290-1020
15444050      +Chase Home Finance LLC,    C/O Codilis & Assc P C,    15W030 N Frontage Rd suite 100,
                Burr Ridge, IL 60527-6921
15436219      +Chase Home Finance LLC,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6921
15336538       Chase Mortgage Loan,    P.O. Box 78420,    Phoenix, AZ 85062-8420
15336539      +DuPage Valley Anesthesiologists,    185 Penny Ave,    Dundee, IL 60118-1455
15336540      +Edward Hospital,    P.O. Box 4207,    Carol Stream, IL 60197-4207
15336541       GMAC,    P.O. Box 9001952,    Louisville, KY 40290-1952
15590215     +++JPMorgan Chase Bank,    H. E. Bankruptcy Department,    2901 Kinwest Pkwy,    Irving,TX 75063-5816
15336542      +Merchants Credit,    223 W. Jackson Blvd.,    Suite 900,    Chicago, IL 60606-6912
15336543     #+Naperville Radiologists S.C.,    P.O. Box 70,    Hinsdale, IL 60522-0070
15336544      +Pay Pal,    GE Money Bank,    4246 South Riverboat Road Suite 200,    Salt Lake City, UT 84123-2582
15336545       Plainfield Pediatric Dentistry,    24023 W. Lockport Street,    Plainfield, IL 60544-1652
15568491      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
15336546      +Target Visa,    P.O. Box 9491,    Minneapolis, MN 55440-9491
15336547      +Winneshiek Medical Center,    901 Mongomery Street,    Decorah, IA 52101-2325
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16143870       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:52
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15537580      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2011 04:35:44     GE Money Bank,
                Recovery Management Systems Corp,    25 S E 2nd Ave suite 1120,,    Miami, FL 33131-1605
15501040      +E-mail/Text: bknotice@ncmllc.com Nov 29 2011 03:13:00     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15336534     ##+CBE Group Inc.,    131 Tower Park, Suite 100,    Waterloo, IA 50701-9374
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers              Page 2 of 3            Date Rcvd: Nov 28, 2011
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: mflowers              Page 3 of 3                  Date Rcvd: Nov 28, 2011
                               Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2011 at the address(es) listed below:

```
          Cari A Kauffman    on behalf of Creditor   Chase Home Finance LLC ND-Four@il.cslegal.com
          James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
          Joel P Fonferko    on behalf of Creditor   Chase Home Finance LLC ND-Two@il.cslegal.com
          John C Renzi    on behalf of Debtor Steve Tellez jcrenzi@jprlaw.net
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```