**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TELLEZ, STEVE W. | § | Case No. 10-13791 |
| TELLEZ, TRACEY R. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 204,655.00<br>*(Without deducting any secured claims)* | Assets Exempt: 11,275.00 |
| Total Distributions to Claimants: 10,407.10 | Claims Discharged<br>Without Payment: 37,053.40 |
| Total Expenses of Administration: 3,195.55 | |

3) Total gross receipts of $ 16,002.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $ 13,602.65 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 213,793.73 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,195.55 | 3,195.55 | 3,195.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,821.67 | 56,427.08 | 40,028.83 | 10,407.10 |
| **TOTAL DISBURSEMENTS** | $ 35,821.67 | $ 273,416.36 | $ 43,224.38 | $ 13,602.65 |

4) This case was originally filed under chapter 13 on 03/30/2010 , and it was converted to chapter 7 on 05/13/2010 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2012 By:/s/MICHAEL G. BERLAND

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1969 Chevrolet Camaro-scheduled | 1129-000 | 14,500.00 |
| 2004 Land Rover-scheduled | 1129-000 | 1,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.65 |
| **TOTAL GROSS RECEIPTS** | | $ 16,002.65 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Steve & Tracey Tellez | Exemptions | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 2,400.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CHASE HOME FINANCE LLC,C/O CODILIS | 4110-000 | NA | 183,619.08 | 0.00 | 0.00 |
| 6 | JPMORGAN CHASE BANK H.E. BANKRUPTCY | 4110-000 | NA | 30,174.65 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 213,793.73 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | NA | 2,110.23 | 2,110.23 | 2,110.23 |
| The Bank of New York Mellon | 2600-000 | NA | 29.21 | 29.21 | 29.21 |
| The Bank of New York Mellon | 2600-000 | NA | -4.21 | -4.21 | -4.21 |
| Gloria Lognest | 3410-000 | NA | 500.00 | 500.00 | 500.00 |
| American Auction Services | 3610-000 | NA | 560.32 | 560.32 | 560.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,195.55 | $ 3,195.55 | $ 3,195.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Anew Dental 13242 S. Route 59, Suite 106 Plainfield, IL 60585 | | 374.40 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 1,975.00 | NA | NA | 0.00 |
| | CBE Group Inc. 131 Tower Park, Suite 100 Waterloo, IA 50704-2635 | | 547.71 | NA | NA | 0.00 |
| | DuPage Valley Anestesiologists 185 Penny Ave Dundee, IL 60118 | | 104.00 | NA | NA | 0.00 |
| | Edward Hospital P.O. Box 4207 Carol Stream, IL 60197 | | 126.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit 223 W. Jackson Blvd. Suite 900 Chicago, IL 60606-6908 | | 1,180.00 | NA | NA | 0.00 |
| | Naperville Radiologists S.C. P.O. Box 70 Hinsdale, IL 60522 | | 53.82 | NA | NA | 0.00 |
| | Pay Pal GE Money Bank 4246 South Riverboat Road Suite 200 Salt Lake City, UT 84123-2551 | | 390.00 | NA | NA | 0.00 |
| | Plainfield Pediatric Dentistry 24023 W. Lockport Street Plainfield, IL 60544-1652 | | 2,336.60 | NA | NA | 0.00 |
| | Winneshiek Medical Center 901 Mongomery Street Decorah, IA 52101 | | 344.00 | NA | NA | 0.00 |
| 1 | ALLY FINANCIAL | 7100-000 | NA | 7,355.45 | 0.00 | 0.00 |
| 1 -2 | ALLY FINANCIAL | 7100-000 | NA | 7,355.45 | 7,355.45 | 1,912.34 |
| 7 | CHASE BANK USA, N.A. | 7100-000 | NA | 9,042.80 | 0.00 | 0.00 |
| 7 -2 | CHASE BANK USA, N.A. | 7100-000 | 8,975.00 | 9,042.80 | 9,042.80 | 2,351.04 |
| 8 | CHASE BANK USA, N.A. | 7100-000 | 2,300.00 | 2,340.51 | 2,340.51 | 608.51 |
| 9 | CHASE BANK USA, N.A. | 7100-000 | 10,150.00 | 10,178.48 | 10,178.48 | 2,646.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA, N.A. C/O RESURGENT | 7100-000 | 5,715.00 | 5,704.12 | 5,704.12 | 1,483.01 |
| 10 | FIA CARD SERVICES, /BANK OF AMERICA | 7100-000 | NA | 3,735.36 | 3,735.36 | 971.16 |
| 3 | NATIONAL CAPITAL MANAGEMENT, LLC. | 7100-000 | NA | 429.36 | 429.36 | 111.63 |
| 5 | TARGET NATIONAL BANK C/O WEINSTEIN | 7100-000 | 1,250.00 | 1,242.75 | 1,242.75 | 323.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,821.67 | $ 56,427.08 | $ 40,028.83 | $ 10,407.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-13791 BL Judge: Bruce W. Black
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 05/13/10 (c)
341(a) Meeting Date: 06/16/10
Claims Bar Date: 09/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1969 Chevrolet Camaro-scheduled | 16,000.00 | 14,500.00 | | 14,500.00 | FA |
| 2. 1605 Cascade, Plainfield-scheduled | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash-scheduled | 35.00 | 0.00 | DA | 0.00 | FA |
| 4. Chase Checking-scheduled | 5.00 | 0.00 | DA | 0.00 | FA |
| 5. Chase Bank checking-scheduled | 95.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods-scheduled | 975.00 | 0.00 | DA | 0.00 | FA |
| 7. Miscelleneous Cd and DVD-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Wearing apparel-scheduled | 275.00 | 0.00 | DA | 0.00 | FA |
| 9. Wedding rings and other jewelry-scheduled | 650.00 | 0.00 | DA | 0.00 | FA |
| 10. Life insurance trem-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2009 tax refund-scheduled | 5,100.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Land Rover-scheduled | 6,000.00 | 0.00 | | 1,500.00 | FA |
| 13. 2007 HHR-scheduled | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Pet-scheduled | 10.00 | 0.00 | DA | 0.00 | FA |
| 15. Lawn furniture and yard tools-scheduled | 75.00 | 0.00 | DA | 0.00 | FA |
| 16. Computer-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 17. Hand tools-scheduled | 85.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.65 | Unknown |
| TOTALS (Excluding Unknown Values) | $226,655.00 | $14,500.00 | | $16,002.65 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-13791 BL Judge: Bruce W. Black
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 05/13/10 (c)
341(a) Meeting Date: 06/16/10
Claims Bar Date: 09/20/10

The Trustee filed a Motion To Employ An Auctioneer And Sell A Vehicle, which was granted. The Trustee filed a Motion. To Compromise Interest In a Vehicle, whichw as granted. The Trustee filed a Motion To Employ Accountant, which was granted. The Trustee filed his Final Report with the US Trustees Office.

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9665 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/10 | 1 | American Auction Associates | Payment of net proceeds from sale at auction of 1969 Chevrolet Camaro DEPOSIT CHECK #4575 | 1129-000 | 14,500.00 | | 14,500.00 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 14,500.13 |
| 08/11/10 | 12 | Harris Bank | Payment of settlement for Land Rover per court order DEPOSIT CHECK #61396724 | 1129-000 | 1,500.00 | | 16,000.13 |
| 08/11/10 | 001001 | American Auction Services | Payment of auction expenses per court order | 3610-000 | | 560.32 | 15,439.81 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 15,440.70 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,440.82 |
| 10/13/10 | 001002 | Steve & Tracey Tellez | Payment of exemption in Camaro per court order | 8100-002 | | 2,400.00 | 13,040.82 |
| 10/27/10 | 001003 | Gloria Lognest | Payment of accountant per court order | 3410-000 | | 500.00 | 12,540.82 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 12,540.94 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.04 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.14 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.24 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,541.33 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.43 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.53 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.63 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.73 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.83 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,541.93 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.21 | 12,512.72 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.21 | 12,516.93 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,517.03 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 16,002.35 | 3,485.32 |

Ver: 16.06b

**FORM 2**



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9665 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,517.13 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,517.23 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,517.33 |
| 01/12/12 | | To Acct #*******9666 | Transfer for purpose of final distribution | 9999-000 | | 12,517.33 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 16,002.65 | 16,002.65 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,517.33 | |
| Subtotal | 16,002.65 | 3,485.32 | |
| Less: Payments to Debtors | | 2,400.00 | |
| Net | 16,002.65 | 1,085.32 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.30 | 12,517.33 |

Ver: 16.06b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9666 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******9665 | Transfer for purpose of final distribution | 9999-000 | 12,517.33 | | 12,517.33 |
| 01/25/12 | | Transfer to Acct #*******5288 | Bank Funds Transfer | 9999-000 | | 12,517.33 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 12,517.33 | 12,517.33 | 0.00 |
| Less: Bank Transfers/CD's | 12,517.33 | 12,517.33 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 12,517.33 | 12,517.33 |

Ver: 16.06b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9667 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5288 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******9666 | Bank Funds Transfer | 9999-000 | 12,517.33 | | 12,517.33 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Trustee Compensation | 2100-000 | | 2,110.23 | 10,407.10 |
| 01/25/12 | 001002 | Ally Financial<br>Pob 130424<br>Roseville, MN 55113 | Claim 1 -2, Payment 25.99895% | 7100-000 | | 1,912.34 | 8,494.76 |
| 01/25/12 | 001003 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230,Memphis, TN 38125 | Claim 3, Payment 25.99916% | 7100-000 | | 111.63 | 8,383.13 |
| 01/25/12 | 001004 | Chase Bank USA, N.A. c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 4, Payment 25.99893% | 7100-000 | | 1,483.01 | 6,900.12 |
| 01/25/12 | 001005 | TARGET NATIONAL BANK c/o Weinstein & Riley<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 5, Payment 25.99960% | 7100-000 | | 323.11 | 6,577.01 |
| 01/25/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 7 -2, Payment 25.99903% | 7100-000 | | 2,351.04 | 4,225.97 |
| 01/25/12 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 8, Payment 25.99903% | 7100-000 | | 608.51 | 3,617.46 |
| 01/25/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 9, Payment 25.99897% | 7100-000 | | 2,646.30 | 971.16 |
| 01/25/12 | 001009 | Fia Card Services, /Bank of America American Infosource Agent | Claim 10, Payment 25.99910% | 7100-000 | | 971.16 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 12,517.33 | 12,517.33 |

Ver: 16.06b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13791 -BL
Case Name: TELLEZ, STEVE W.
TELLEZ, TRACEY R.
Taxpayer ID No: *******3575
For Period Ending: 08/07/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5288 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | PO Box 248809<br>Oklahoma City, OK 73124-8809 | | | | | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 12,517.33 | 12,517.33 | 0.00 |
| Less: Bank Transfers/CD's | 12,517.33 | 0.00 | |
| Subtotal | 0.00 | 12,517.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,517.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9665 | 16,002.65 | 1,085.32 | 0.00 |
| Checking Account - ********9666 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********9667 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5288 | 0.00 | 12,517.33 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 16,002.65 | 13,602.65 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |